## 59487. MARTIN v. THE STATE.

QUILLIAN, Presiding Judge.

The defendant appeals his conviction for robbery by sudden snatching. *Held:*

The testimony of the sheriff was properly admitted, over the objection that it was hearsay, to explain the conduct of the officer in locating the alleged perpetrators of the offense. *Watkins v. State,* 231 Ga. 481 (202 SE2d 442) and cits.; *Roberts v. State,* 149 Ga. App. 667 (6) (255 SE2d 126); *Cosby v. State,* 151 Ga. App. 676 (2) (261 SE2d 424).

*Judgment affirmed. Shulman and Carley, JJ., concur.*

SUBMITTED FEBRUARY 14, 1980 — DECIDED MARCH 6, 1980.

*John D. McCord, III,* for appellant.
*Thomas H. Pittman, District Attorney, Curtis M. French, Assistant District Attorney,* for appellee.

## 59496. FARRIS v. THE STATE.

QUILLIAN, Presiding Judge.

The defendant appeals his conviction for armed robbery. *Held:*

Affirmed in accordance with Court of Appeals Rule 36.

*Judgment affirmed. Shulman and Carley, JJ., concur.*

ARGUED FEBRUARY 14, 1980 — DECIDED MARCH 6, 1980.

*Marshall M. Bandy, Jr.,* for appellant.
*William M. Campbell, District Attorney, Chris Townley, Assistant District Attorney,* for appellee.